# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jeanette Jamai Israel, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 6:16-1319-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on the Commissioner's motion to remand this Social Security Act appeal to the agency for further evaluation and review and conducting of a new administrative hearing. (Dkt. No. 20). The Commissioner has stated in the motion that upon remand, the agency will do the following: (1) allow Plaintiff to submit additional evidence; (2) re-evaluate Plaintiff's mental impairments; (3) reconsider Plaintiff's RFC; (4) evaluate further the opinions of Dr. Boyd; (5) evaluate further whether Plaintiff is capable of performing prior relevant work; and (6) obtain, if warranted, vocational expert evidence to determine of there are a significant number of jobs in the national economy that Plaintiff can perform. Plaintiff has filed no objections to the Commissioner's motion for remand.

After a careful review of the record in this matter, the Court **GRANTS** the motion for remand, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** this matter to the agency to conduct further review and to take further action in accord with the Commissioner's motion for remand.

AND IT IS SO ORDERED.

                                                   Richard Mark Gergel
                                                   United States District Judge

January 2017
Charleston, South Carolina

-2-